COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00361-CR

Style:      Blake Anthony Monakino v. The State of Texas

Date motion filed[*]:      January 12, 2016

Type of motion:      Third Motion to Extend Time to File Appellant's Brief

Party filing motion:      Appellant

Document to be filed:      Appellant's Brief

Is appeal accelerated?      No.

If motion to extend time:

     Original due date:      November 9, 2015

     Number of extensions granted:      2      Current Due Date: January 11, 2016

     Date Requested:      February 10, 2016

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: February 10, 2016.

         ☑      No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

On December 14, 2015, the Clerk of this Court granted appellant's second extension and warned counsel that no further extensions would be granted absent exceptional circumstances. Appellant's third extension motion states that, since the last extension was granted, counsel has filed three briefs in other cases, discussed dismissal of this appeal with her client, and two new appellate attorneys have recently started in the Public Defender's Office, but it will take a month or so for the office to catch up on their backlog. Thus, appellant's third extension of time to file his brief is **granted**, but counsel is warned that **no further extensions will be granted.** Accordingly, if appellant's brief is not filed by **February 10, 2016**, the Court will abate this appeal for a hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes
         ☑ Acting individually      ☐ Acting for the Court
Date: January 21, 2016
November 7, 2008 Revision